UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - - -

SCOTT PORTER,

              Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

              Defendant.

_____/

No.  4:05 CV 14

Hon. Wendell A. Miles
United States District Judge

Hon. Ellen S. Carmody
United States Magistrate Judge

<u>JUDGMENT</u>

Pursuant to F.R.C.P. 58, the Court enters judgment, reversing and remanding this action

to the Social Security Administration for further proceedings, as set forth in the parties' Joint

Stipulation for Remand, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Dated: **July 19, 2005**

**/s/ Wendell A. Miles**
_____
Hon. Wendell A. Miles
U.S. District Judge